UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Matt Pierce, Heather Wuollet and all other persons similarly situated,

Plaintiff,

vs.

Credit Protection Association, L.P., J.W. Preston and R. J. Simpson,

Defendants.

Court File No.: 01-CV-1300 DDA/FLN

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, that the deadline for answering or otherwise responding to Plaintiff's Complaint in the above matter shall be extended to September 6, 2001.

Dated: 8-7-01

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By ______________________

Michael A. Klutho (License #186302)
Christopher R. Morris (License #230613)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000
***ATTORNEYS FOR DEFENDANTS***

FILED 9-7-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 8/8/2001

**THE BARRY LAW OFFICE, LTD.**

By ______________________
Peter F. Barry (License #0266577)
342 East County Road D
Little Canada, MN 55117
(651) 714-8800

and

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (License #249646)
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
***ATTORNEYS FOR PLAINTIFF***

**ORDER**

**IT IS HEREBY ORDERED** that the deadline to Answer or otherwise respond to Plaintiff's Complaint in the above matter is extended until September 6, 2001.

Dated: 9/6/01

**BY THE COURT:**

______________________
Franklin J. Noel
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500