**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1300 DDA/FLN**

| | |
|---|---|
| Matt Pierce and Heather Wuollet,<br><br>Plaintiffs,<br>vs.<br><br>Credit Protection Association, et al.,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and their attorneys, and Defendants and their attorney that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Sept. 21, 2001.

**THE BARRY LAW OFFICE, LTD.**

By: [signature]
Peter F. Barry, Esq.
**Attorney for Plaintiffs**
Attorney I.D. **#0266577**
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
**Attorney for Plaintiffs**
Attorney I.D. **#0249646**
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Dated: SEPT. 24, 2001.

**BASSFORD LOCKHART TRUESDELL & BRIGGS, P.A.**

By: [signature]
Michael Klutho, Esq.
**Attorney for Defendants**
Attorney I.D. **#186302**
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000



J:\37000\37231 Wuollet v. Credit Protection (TJR)\Stip of Dismissal with Pred..doc

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. OCT 01 2001
DEPUTY CLERK

# ORDER

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 1, 2001

DONALD D. ALSOP, Senior Judge
United States District Court