# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matt Pierce and Heather Wuollet

Plaintiff

v.

Credit Protection Association, et al.

Defendants

Case No. Civil 01 1300 DA/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that complaint is dismissed with prejudice without costs or disbursements or attorneys' fee to any party.

DATE: October 1, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk